LEO GALSCHINSKI, an Infant, by FRANK GALSCHINSKI, His Guardian ad Litem, Appellant, v. THE POSTAL TELEGRAPH-CABLE COMPANY, Respondent.— Order affirmed, with costs. All concurred.

ANNA J. HEDDEN, Respondent, v. CLAUDE E. HEDDEN, Appellant.— Judgment, so far as appealed from, reversed, but without costs, upon the authority of *Davis* v. *Davis* (75 N. Y. 221) and *Kamman* v. *Kamman*, *No. 1* (167 App. Div. 423). All concurred.

IMO TOMS LANGDON, Respondent, v. TOWN OF NEWFANE, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

JESSIE BLANKENSHIP, Respondent, v. JESSE O'DONNELL, Appellant.— Motion granted, amending the order of dismissal entered March 7, 1917, so as to provide that the appeal be dismissed, with costs, upon payment by respondent to appellant's attorneys of ten dollars as a condition of granting the amendment.

EMMA JOHNSON, Respondent, v. CITY OF BUFFALO, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

MARY A. BERGEN, Respondent, v. MORTON AMUSEMENT COMPANY, INC., Appellant, Impleaded with Others.— Motion for reargument denied, without costs. Motion for leave to appeal to Court of Appeals granted.

EASTMAN MACHINE COMPANY, Respondent, v. JOSEPH ZUCK and Another, Appellants.— Motion for reargument denied, with ten dollars costs.

JOHN P. PUGH, Appellant, v. PENNSYLVANIA RAILROAD COMPANY. Respondent.— Motion for reargument denied, with ten dollars costs, Motion to amend order of reversal granted, and order amended so as to state that no costs are allowed to either party upon the appeal to this court.

The following persons have been admitted during the May term, 1917, to practice as attorneys and counselors at law:

Upon certificate of State Board of Law Examiners: LLOYD J. MULLEN, of Batavia; HARRY A. SESSIONS, of Palmyra; GEORGE ALLEN DAVIS, JR., of Buffalo; JOSEPH P. COYLE, of Wellsville; MAY C. SICKMON, of Buffalo; GEORGE B. WESLEY, of Buffalo; GLENN H. ADAMS, of Buffalo; J. CARL HAGAMAN, of Buffalo; MAURICE F. CANTOR, of Buffalo; THOMAS F. HINDS, of Buffalo; REUBEN G. KINKEL, of Buffalo; JOHN T. WALSH, of Buffalo; JOSEPH H. CORCORAN, of Rochester; GEORGE A. KING, of Buffalo; JOHN D. STUMBO, of Livonia; JOSEPH S. KAZUBOWSKI, of Buffalo; HALTON D. BLY, of Rochester; SIDNEY K. BACKUS, of Rochester; EVERETT C. CASE, of Chili Station; ALBERT W. ROBBINS, of Rochester; JAMES R. MARTIN, of Honeoye Falls; LAMBERT C. HICKEY, of Lockport; RAYMOND G. HEIM, of Lancaster.

Upon credentials from State of Pennsylvania: PHILLIP WILLETT.

Upon credentials from State of Utah: FRANK S. SCHOONOVER.